UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

In Re:

| | | |
|---|---|---|
| Thomas A. Minor | ) | 10-30161-KLP, bankruptcy case |
| Renee Scott Minor | ) | |
| | ) | |
| Eloise K. Hahn, Appellant | ) | 20-03129-KLP, adversary proceeding |
| | ) | |
| vs | ) | Appeal No. 3:20 CV 947 |
| | ) | Appeal No. 3:20 CV 965 |
| Thomas Alan Minor, Appellee | ) | |

APPELLANTS NOTICE
CHANGE OF MAILING ADDRESS

The Appellant, Eloise K. Hahn, hereby enters her notice of her change

in mailing address to the following:

        Eloise K. Hahn
        PO Box 945
        Chesterton, IN  46304

The Appellant, Eloise K. Hahn, receives her mail at the PO box and

has not received any mail from the district court with her recent address change

for the past four weeks, effective December 11, 2020 (see attached). Appellant

continues to reside at her residence namely 313 East 1300 North, Chesterton, IN  46304.

I, Eloise K. Hahn, do hereby certify that I mailed a copy of said notice to the

following parties on January 8, 2021, via USPS express priority mail being:

        United States District Court
        Attn: Clerk of the Court, Fernando Galindo
        701 E. Broad St.
        Suite 3000



RECEIVED
JAN 11 2021
CLERK, U.S. DISTRICT COURT

Richmond, VA 23219

Jason Krumbein, Esquire
Krumbein Consumer Legal Services
1650 Willow Lawn Drive
Suite 201
Richmond, VA 23230

Kutak Rock LLP
Attn: Peter Barrett
901 E. Byrd St.
Suite 1000
Richmond, VA 23219-4071

Jun 8, 2020